AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 06, 2026**

SEAN F. McAVOY, CLERK

| | |
|---|---|
| ALBERT JAMES REEVES, III | ) |
| *Petitioner* | ) |
| v. | ) |
| | ) |
| | ) |
| SUPERIOR COURT | |
| *Respondent* | |

Civil Action No. 2:26-cv-313-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:  Petitioner's construed Motion to Voluntarily Dismiss, ECF No. 4, is GRANTED. The Petition, ECF No. 1, is DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  EDWARD F. SHEA _____ on a motion for

Date:  8/6/2026 _____

*CLERK OF COURT*

SEAN F. McAVOY